UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:25-cv-10925-SSC                    Date: May 6, 2026

Title      Champaynne Andrus v. Trueaccord Corp.

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

|                Teagan Snyder                |                 n/a                 |
| :-----------------------------------------: | :---------------------------------: |
|                 Deputy Clerk                |        Court Reporter / Recorder    |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:
None Present                          None Present

**Proceedings:**   (IN CHAMBERS) **Order to Show Cause re Failure to Defend**

On November 13, 2025, Plaintiff Champaynne Andrus filed this action against Defendant Trueaccord Corp.  (ECF 1.)  On February 13, 2026, Plaintiff served Defendant.  (ECF 8.)  On March 5, 2026, the parties stipulated to an extension of time for Defendant to respond to the complaint from March 6, 2026, to April 5, 2026.  (ECF 11.)  Defendant failed to respond, and Plaintiff has not sought entry of default against Defendant.

Accordingly, Defendant is ORDERED TO SHOW CAUSE, in writing, no later than **May 13, 2026**, why the Court should not entertain a request for entry of default by Plaintiff.  The Court will consider as an appropriate response to this order to show cause the filing of an *ex parte* application or stipulation to submit a late-filed answer, upon filing of which, this order to show cause will be discharged

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:25-cv-10925-SSC                    Date: May 6, 2026

Title        Champaynne Andrus v. Trueaccord Corp.

automatically.  If Defendant fails to respond timely to this order,
Plaintiff may file a request for entry for default.

**IT IS SO ORDERED.**

                                                                              :
                                            Initials of Preparer        **ts**